Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-758

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Zebra |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | October 13, 2015 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051543 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-454-245**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cute dinosaurs watercolor seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 08, 2018 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051515 |

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-242

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Tropical exotic bird, leaves and flowers

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 09, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
**Author Created:** 2-D artwork
**Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051551

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-803

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cats seamless pattern for textile |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | August 19, 2021 |
| **Nation of 1ˢᵗ Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 20, 2025 |
| **Applicant's Tracking Number:** | EF2025051502 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-241

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Valentine day. Watercolor illustration for card with a cute penguin and red heart. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | December 09, 2014 |
| **Nation of 1ˢᵗ Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |

**Applicant's Tracking Number:**   EF2025051552



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-786

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cute dog seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | April 17, 2016 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051516 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-771

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

|  |  |
|---|---|
| **Title of Work:** | Watercolor snowman and cute bird |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | December 14, 2015 |
| **Nation of 1st Publication:** | Belarus |

## Author

|  |  |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
|  | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
|  | Minsk  Belarus |

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051556 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-747

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Fox watercolor illustration. Mothers day card. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | July 25, 2016 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051535 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-749

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Funny dolphin. watercolor illustration. marine nature. sea animal.

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 05, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051536

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-785

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Cute cartoon owl. watercolor forest bird. school books illustration. Back to school.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 15, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

Page 1 of 2

**Applicant's Tracking Number:**   EF2025051512



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-634**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Cute monster seamless pattern. watercolor cartoon space illustration. rocket. Flying saucer. Alien

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 20, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:**   EF2025051522



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-675

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Cute unicorn seamless pattern. magic horse watercolor illustration |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | March 21, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051528 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-681

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Emperor penguin seamless pattern II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 27, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | | |
|---|---|---|
| • | **Author:** | Elena Faenkova |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051532 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-751

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title
_____

| | |
|---|---|
| **Title of Work:** | Funny parrots |

## Completion/Publication
_____

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 05, 2015 |
| **Nation of 1ˢᵗ Publication:** | Belarus |

## Author
_____

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant
_____

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions
_____

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification
_____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051537 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-240

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Watercolor Christmas seamless pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 12, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051553

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-679

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Canary bird watercolor illustration |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | February 16, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 20, 2025 |
| **Applicant's Tracking Number:** | EF2025051501 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-694

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Chicken seamless pattern. hand drawn vintage background with domestic farm bird. Poultry farm illustration |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 05, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| • **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 20, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** EF2025051503



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-795

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

**Title of Work:** Cow watercolor illustration. farm animals.

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 21, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk  Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051509

Page 1 of 2



# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-146

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

**Title of Work:** Cute bunny seamless pattern. rabbit watercolor illustration. wild animal. herbal background. decorative botanical flower, plant, herb and leaves ornament.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 03, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:**   EF2025051511



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-454-757

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Pink lotus flowers seamless background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | November 11, 2018 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051542 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-238

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow zebra seamless pattern. tropical nature watercolor illustration. safari background |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 28, 2018 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova<br>11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street<br>Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |

Page 1 of 2

**Applicant's Tracking Number:**   EF2025051544



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-759

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Scandinavian seamless pattern. watercolor christmas illustration. winter holiday background. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | December 11, 2017 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |

Page 1 of 2

**Applicant's Tracking Number:** EF2025051545



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-767**

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sea shell seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | March 29, 2016 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova |
| | 11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street |
| | Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051546 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-454-768

**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Sea wave seamless pattern |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | March 06, 2020 |
| **Nation of 1st Publication:** | Belarus |

## Author

| | |
|---|---|
| **Author:** | Elena Faenkova |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Belarus |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elena Faenkova<br>11-106 Yana Chechota Street, Minsk, Belarus |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Elena Faenkova |
| **Email:** | dobrynina_art@mail.ru |
| **Address:** | 11-106 Yana Chechota Street<br>Minsk  Belarus |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 21, 2025 |
| **Applicant's Tracking Number:** | EF2025051547 |

Page 1 of 2

