**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELENA FAENKOVA,

      Plaintiff,                                 Case No.: 1:26-cv-03010

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | nuansexi |
| 2 | ppphaibaihuo |
| 3 | Delerain |
| 4 | GUGLILI |
| 5 | Xmqpzg |
| 6 | wuhanhualiweixincailiaoyouxiangongsi |
| 7 | KUWT |
| 8 | yunchengjingjijishukaifaquhuaxinershoucheqiche |
| 9 | POFATO FRAMES |
| 10 | VICFI |
| 11 | DCORPZ |
| 12 | Dounengyin |
| 13 | homebed |
| 14 | LVJIANMUT |
| 15 | Zhengzhoubaigongfangshangmaoyouxiangongsi |
| 16 | dongguanshijinhonggongyipin |
| 17 | JingChengKeJi |
| 18 | DaWang Official |
| 19 | baocui |
| 20 | 得新机械设备租赁 |
| 21 | wenzhoujichufushiyouxiangongsi |
| 22 | zhaochenmeibaihuodian |
| 23 | zhengzhouhuimouyanjingyouxiangongsi |
| 24 | wenzhoushiyubaigongyipinyouxiangongsi |
| 25 | dongyingshidongyingqupenglongnongjinongminzhuanyehezuoshe |

1

| 26 | shijiamodianzishangwu |
| 27 | TAFSJFSK |
| 28 | anyangjingjingshangmaoyouxiangongsi |
| 29 | 丽华家居商贸 |
| 30 | YIliangss |
| 31 | yangjiangshijingpalinshangmaoyouxiangongsi |
| 32 | TXIANTUS |
| 33 | Buyidec |
| 34 | XenC |
| 35 | CABODYALS |
| 36 | GORGECRAFT US |
| 37 | wanzaixiansiyiguanbaihuodian |
| 38 | jichangshengkeji |
| 39 | Guitong |
| 40 | XiiYoohooi |
| 41 | CJX Store |
| 42 | fuyangtengchangzaishengziyuanyouxiangongsi |
| 43 | luoyangshishanzhizaozhuangbeizhizao |
| 44 | heyuanzhangmaifuzhuang |
| 45 | BixDori |
| 46 | MiMaJianCan |
| 47 | DaKing |
| 48 | doulinfjd |
| 49 | Ollabaky |
| 50 | LiChuanShiYuLeShangMaoYouXianGongSi |
| 51 | Foruauto |
| 52 | beijinghansenyuanjixiekejiyouxiangongsi |
| 53 | Domeca Collection |
| 54 | BSYMY |
| 55 | SLHFDKL |
| 56 | GZXYSMYXGSAB |
| 57 | SYHMSSMYXGS |
| 58 | TSJFSMYXGS |
| 59 | Tarity |
| 60 | chenga-shop |
| 61 | Guangzhou Bofan Trading Co., Ltd. |
| 62 | ChenHongZhuangShiGongCheng |
| 63 | ywyxgs |
| 64 | HUSSRITY |
| 65 | DEMINGCH |
| 66 | Sigzagor |

2

| 67 | ReUseLife |
|---|---|
| 68 | CHISEA |
| 69 | xiaopingshangmao123 |
| 70 | shalysong |
| 71 | dongguanshengyafuzhuangyouxianzerengong |
| 72 | Winchihan |
| 73 | AnZhenJianZhuGongCheng |
| 74 | Kafepross |
| 75 | Hangqihang MADE |
| 76 | suzhoushangmao |
| 77 | 范书柜收纳 |
| 78 | Annier shopwindow |
| 79 | 贫铭商贸 |
| 80 | 义乌市勋员商贸有限公司 |
| 81 | OUDOUD |
| 82 | Yazzy Store |
| 83 | zheng li ying |
| 84 | KSHXY |
| 85 | XMSIOGHIAE |
| 86 | zhonghuamaoyi |
| 87 | ORIGACH |
| 88 | SUPERFINDINGS |
| 89 | ANATTASOUL |
| 90 | BEUNITONE |
| 91 | Aziuha Kitchen Store |
| 92 | CANYISTORE |
| 93 | LinRongR |
| 94 | renzhiwang |
| 95 | Yaliokey |
| 96 | Cao Home Decoration Store |