**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Elena Faenkova

                                            Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–03010
                                                        Honorable Steven C.
                                                        Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

          MINUTE entry before the Honorable Steven C. Seeger: At plaintiff's request, the deadline to file a joint initial status report is extended to September 22, 2026. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.