**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELENA FAENKOVA,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03010

Judge Steven C. Seeger

Magistrate Judge Beth W. Jantz

# PLAINTIFF'S INITIAL STATUS REPORT

Pursuant to Minute Entry Order [16], Plaintiff ELENA FAENKOVA ("Plaintiff") submits this initial status report solely on behalf of Plaintiff and states as follows:

On October 5, 2026, this Court entered Minute Entry Order [16], granting Plaintiff's motion for expedited discovery and denying Plaintiff's motion for electronic service of process in light of the Seventh Circuit's opinion in *Kangol LLC v. Hangzhou Chuanyue Silk Import & Export Co.*, 177 F.4th 793 (7th Cir. 2026). Plaintiff subpoenaed the third-party platforms requesting the Defendants' identities and physical contact information and recently received responses from all of the platforms. Plaintiff's investigation of the Defendants' addresses is underway; however, Plaintiff requires additional time to complete the diligence as required in Order [16] and as directed by *Kangol*. Plaintiff therefore requests that the Court grant Plaintiff an additional sixty (60) days to file a renewed motion for electronic service or otherwise update the Court on the status of this investigation.

DATED: October 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 26, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt