AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
|---|---|---|
| DOCKET NO.<br>1:26-cv-03010 | DATE FILED<br>3/18/2026 | |
| PLAINTIFF<br>Elena Faenkova | | DEFENDANT<br>The Partnerships and Unincorporated Associations |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order ☐ Judgment | ☐ Yes ☐ No | 11/9/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | J. Scales | 11/10/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-758**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Rainbow Zebra

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** October 13, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051543



# Certificate of Registration

THE·UNITED·STATES·COPYRIGHT·OFFICE·SEAL·OF·1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-245**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Cute dinosaurs watercolor seamless pattern

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 08, 2018
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051515



# Certificate of Registration

SEAL · OF · THE · UNITED · STATES · COPYRIGHT · OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-242**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Tropical exotic bird, leaves and flowers

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 09, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051551



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-803**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cats seamless pattern for textile

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** August 19, 2021
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051502



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-241**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Valentine day. Watercolor illustration for card with a cute penguin and red heart.

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 09, 2014
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051552



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-786**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute dog seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** April 17, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051516



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-771**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Watercolor snowman and cute bird

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** December 14, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051556



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-747**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Fox watercolor illustration. Mothers day card.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 25, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051535



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-749**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Funny dolphin. watercolor illustration. marine nature. sea animal.

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 05, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051536



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-785**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute cartoon owl. watercolor forest bird. school books illustration. Back to school.

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 15, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051512



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-634**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute monster seamless pattern. watercolor cartoon space illustration. rocket. Flying saucer. Alien

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 20, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051522



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-454-675**

**Effective Date of Registration:**
May 21, 2025

**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cute unicorn seamless pattern. magic horse watercolor illustration

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** March 21, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051528



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-681**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Emperor penguin seamless pattern II

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 27, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051532



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-751**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Funny parrots

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 05, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051537



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-240**

**Effective Date of Registration:**
May 21, 2025

**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Watercolor Christmas seamless pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 12, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051553



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-679**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Canary bird watercolor illustration

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 16, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051501



# Certificate of Registration

THE UNITED STATES COPYRIGHT OFFICE SEAL OF 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-453-694**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Chicken seamless pattern. hand drawn vintage background with domestic farm bird. Poultry farm illustration

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 05, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025

**Applicant's Tracking Number:** EF2025051503



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-795**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Cow watercolor illustration. farm animals.

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 21, 2015
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 20, 2025
**Applicant's Tracking Number:** EF2025051509



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-146**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Cute bunny seamless pattern. rabbit watercolor illustration. wild animal. herbal background. decorative botanical flower, plant, herb and leaves ornament.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 03, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051511



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-757**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Pink lotus flowers seamless background

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 11, 2018
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051542



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-238**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 25, 2025

## Title

**Title of Work:** Rainbow zebra seamless pattern. tropical nature watercolor illustration. safari background

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 28, 2018
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051544



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-759**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Scandinavian seamless pattern. watercolor christmas illustration. winter holiday background.

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 11, 2017
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025

**Applicant's Tracking Number:** EF2025051545



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-767**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Sea shell seamless pattern

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 29, 2016
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051546



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-454-768**
**Effective Date of Registration:**
May 21, 2025
**Registration Decision Date:**
July 29, 2025

## Title

**Title of Work:** Sea wave seamless pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 06, 2020
**Nation of 1st Publication:** Belarus

## Author

- **Author:** Elena Faenkova
  **Author Created:** 2-D artwork
  **Citizen of:** Belarus

## Copyright Claimant

**Copyright Claimant:** Elena Faenkova
11-106 Yana Chechota Street, Minsk, Belarus

## Rights and Permissions

**Name:** Elena Faenkova
**Email:** dobrynina_art@mail.ru
**Address:** 11-106 Yana Chechota Street
Minsk Belarus

## Certification

**Name:** David Denholm
**Date:** May 21, 2025
**Applicant's Tracking Number:** EF2025051547



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Elena Faenkova

Plaintiff,

v.

Case No.: 1:26−cv−03010

Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of voluntary dismissal (Dckt. No. [20]), which is self−effectuating under Rule 41(a)(1)(A)(i). The complaint is dismissed without prejudice. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ J. SCALES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
November 10, 2026